**ATTACHMENT A**

**DESCRIPTION OF THE PREMISES TO BE SEARCHED**

The premises to be searched are located at 143 Fulton Street, First and Third Floor, Boston, Massachusetts. The building at 143 Fulton Street is a red brick, multi-tier, multi-unit building abutted by other buildings of similar structure and color. The number "143" is clearly labeled on the building, to the left of the front breezeway. The units to be searched are those located on the first and third floors of the building.